No. 11–7916.  Tear *v.* Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.  C. A. 5th Cir.  Certiorari denied.

No. 11–7917.  Beltran *v.* Illinois.  App. Ct. Ill., 2d Dist. Certiorari denied.

No. 11–7920.  Card *v.* Tucker, Secretary, Florida Department of Corrections.  C. A. 11th Cir.  Certiorari denied.

No. 11–7922.  LaCroix *v.* United States District Court for the Southern District of Indiana; and LaCroix *v.* Green Mountain Financial Fund LLC.  C. A. 7th Cir.  Certiorari denied.

No. 11–7923.  Shavers *v.* Illinois.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–7926.  Bruggeman *v.* Mohr, Director, Ohio Department of Rehabilitation and Correction, et al.  C. A. 6th Cir.  Certiorari denied.

No. 11–7927.  Barr-Carr *v.* LaSalle Talman Home Mortgage Corp. et al.  C. A. 7th Cir.  Certiorari denied.

No. 11–7931.  Barkley *v.* Ortiz et al.  C. A. 3d Cir.  Certiorari denied.

No. 11–7933.  Ordway *v.* Kentucky.  Sup. Ct. Ky.  Certiorari denied.

No. 11–7936.  Muniz *v.* McKee, Warden.  C. A. 6th Cir. Certiorari denied.

No. 11–7938.  Johnson *v.* Indiana.  Ct. App. Ind.  Certiorari denied.

No. 11–7939.  Ceja *v.* McEwen, Acting Warden.  C. A. 9th Cir.  Certiorari denied.

No. 11–7942.  Makboul *v.* Knowles, Warden.  C. A. 9th Cir. Certiorari denied.